John DAILEY v. STATE. (No. 8057.) (Court of Criminal Appeals of Texas. Nov. 7, 1923.) Appeal from Rains County Court; J. M. Spencer, Judge. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

MORROW, P. J. The conviction is for unlawfully carrying a pistol; punishment fixed at a fine of one hundred dollars and confinemnt in the county jail for a period of thirty days.

The facts are not brought forward for review; nor is there complaint by bills of exception of any rulings of the trial court.

No fundamental error is revealed by the record.

The judgment is affirmed.

R. G. GOULD et al. v. STATE. (No. 7257.) (Court of Criminal Appeals of Texas. Nov. 28, 1923.) Appeal from District Court, Hardeman County; J. A. Nabers, Judge. O. B. Freeman, and Flippen & Miller, all of Dallas, and Hankins & Magee, of Quanah, for appellants. W. A. Keeling, Atty. Gen., and C. L. Stone, Asst. Atty. Gen., for the State.

MORROW, P. J. The appeal is from a judgment making final the judgment nisi forfeiting an appeal bond. This is a companion case to Gould et al. v. State (No. 7256) reported in 252 S. W. 772, and to Gould et al. v. State (No. 7258) 254 S. W. 1118, recently decided, but not yet [officially] reported. The facts of the cases are so nearly identical that the legal questions are the same. The companion cases were affirmed. Upon the authority of them, a similar disposition is made of the present appeal. The judgment is affirmed.

Ex parte Salvesta MONTALBANO v. STATE. (No. 8330.) (Court of Criminal Appeals of Texas. Nov. 21, 1923.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. S. B. Ehrenwerth, of Houston, for appellant. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

LATTIMORE, J. This is an appeal from a judgment of the criminal district court of Harris county refusing bail to relator. Relator was charged with the murder of one Sam Guido. According to the state's witnesses, Guido was picking cotton in his field, and, as he approached the fence at the end of the cotton rows, was shot in the breast with a large number of buckshot, killing him instantly. That the shot was fired by appellant is not denied. From the state's testimony it is clear that deceased neither said nor did anything prior to the shooting which might affect the legal status of same. In other words, it is in accord with the state's testimony that appellant , waylaid and shot Guido, without any extenuating fact appearing. No one contradicts these facts, except the appellant, and, as we understand his testimony given before the trial judge, he makes conflicting explanations and statements. We are not persuaded that the learned trial judge abused his discretion in refusing bail. The judgment will be affirmed.

E. E. NEAL v. STATE. (No. 7469.) (Court of Criminal Appeals of Texas. Oct. 31, 1923.) Appeal from Starr County Court; H. Garza, Jr., Judge. A. L. Love, of Austin, and E. E. Neal, of Rio Grande, for appellant. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Appellant was convicted for simple assault on one Lauro M. Gutierrez, and his punishment assessed at a fine of $25. The record is in such condition that we have been at a loss to know the proper order to make. The certiorari for an amended transcript, made at the last term of court, has been complied with, and the record shows no bills of exception in such condition as will permit of their consideration. There are on file two affidavits (which are uncontroverted) relative to the purported statement of facts. We have concluded that either the statement of facts should be considered or that appellant was deprived of one. In either event, a reversal of the judgment would follow. If the statement of facts should be considered, it reveals that appellant may have been guilty of abusive language under article 1020 of the Penal Code, but was not guilty of an assault, the offense for which he was tried. The judgment is reversed, and the cause remanded.

Ex parte Frank PAGE. (No. 8004.) (Court of Criminal Appeals of Texas. Oct. 31, 1923.) Appeal from District Court, Montgomery County; J. M. Combs, Judge. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

MORROW, P. J. Relator was indicted for the offense of murder, and, having been denied bail by the district judge, prosecuted this appeal, which reached this court in vacation. We deem it unnecessary to discuss the facts, further than to say that they apparently justify the refusal of the bail. It is also disclosed that relator is now held under a judgment convicting him of the offense mentioned. The judgment is affirmed.

Dan RICHARDS v. STATE. (No. 7931.) (Court of Criminal Appeals of Texas. Dec. 5, 1923.) Appeal from District Court, Shelby County; Chas. L. Brachfield, Judge. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

HAWKINS, J. Conviction is for petty theft; punishment, fine of $75 and six months' confinement in the county jail. No statement of facts or bills of exception appear in the record. Under these conditions, the regularity of the proceedings and. sufficiency of the evidence are presumed. The judgment is affirmed.